UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF DEFENSE,<br><br>　　　　　Defendant. | Civil Action No. 04-1219 (CKK) |

STIPULATION OF DISMISSAL

The parties in this action hereby stipulate and agree as follows:

1. On April 19, 2005, defendant Defense Intelligence Agency responded to the May 21, 2004 Freedom of Information Act (FOIA) request that is the subject of this action. Defendant released certain documents to plaintiff, of which portions where withheld pursuant to FOIA and applicable procedures and laws concerning the release of national security information.

2. On May 16, 2005, defendant provided plaintiff with a *Vaughn* index and a declaration that explained the bases for defendant's decision to withhold certain information.

3. On August 16, 2005, defendant Defense Intelligence Agency responded to a December 22, 2004 FOIA request from plaintiff. Defendant released documents that plaintiff deemed responsive to its May 21, 2004 request, but which had not been located in the search for documents responsive to that request.

4. Based upon defendant's assertion that all non-exempt responsive material located after a reasonable and adequate search of defendant's records has been released to plaintiff, the parties have agreed that this action shall be, and hereby is, dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

5. Each party shall bear its own costs and attorney's fees.

Dated: September 14, 2005

        Respectfully submitted,

        For Plaintiffs:

        /s/_____
        MARCIA HOFMANN (D.C. Bar No. 484136)
        DAVID L. SOBEL (D.C. Bar No. 360418)
        MARK ROTENBERG (D.C. Bar No. 422825)

        ELECTRONIC PRIVACY INFORMATION
        CENTER
        1718 Connecticut Ave., N.W.
        Suite 200
        Washington, D.C. 20009
        (202) 483-1140

        For Defendants:

        PETER D. KEISLER
        Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

        /s/_____
        ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
        BRIAN G. KENNEDY (D.C. Bar No. 228726)
        United States Department of Justice
        Civil Division
        Federal Programs Branch
        20 Massachusetts Ave., N.W.
        Washington, D.C. 20530
        Tel.: (202) 514-3357
        Fax: (202) 616-8470
        Email: Brian.Kennedy@usdoj.gov